

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
RIVERSIDE DIVISION

------------------------------------X
                                    CHAPTER 7
IN RE:                              CASE #RS03-25230MG
                                    ADV. #RS04-1474MG

THEODORE JAKES, JR.,

                    Debtor.
------------------------------------X
HEIR BUYOUT COMPANY,

            Plaintiff,        ORDER DISMISSING
                              ADVERSARY ACTION
        -v-

THEODORE JAKES, JR.,

            Defendant.
------------------------------------X

Counsel for the parties appeared before this Court on March 18, 2004 at a regularly scheduled status conference. After review of the Court's file and discussion on the record between all parties, it is

ORDERED, that adversary action RS04-1474MG is dismissed and this file may be closed not less than fifteen days following entry of this Order.

Dated:    MAR 1 8 2004

_____
MITCHEL R. GOLDBERG
Bankruptcy Judge



## NOTICE OF ENTRY/CERTIFICATE OF MAILING

Notice is hereby given that the foregoing Order was entered on the date stamped above; that conformed copies of same were mailed to the parties listed below, including but not limited to attorneys for said parties, if so represented by counsel, or, if not represented by counsel, then to the parties individually, and to such other parties in interest as designated by this Court.

DATED: **MAR 19 2004**

JON DAVID CERETTO, CLERK

BY: *Rudy De La Torre*
    Deputy Clerk

**SERVICE LIST**

Terri Hawkins-Andersen, Esq.
Assistant U.S. Trustee
Office of the U.S. Trustee
3685 Main Street
Room 300
Riverside, CA 92501-3837

David M. Lybbert, Esq.
4145 Ninth Street
Riverside, CA 92501

Simon Aron, Esq.
Wolf, Rifkin, Shapiro & Schulman
11400 West Olympic Boulevard
Ninth Floor
Los Angeles, CA 90064

Steven Speier, Trustee
3403 Tenth Street
Suite 742
Riverside, CA 92501

Theodore Jakes, Jr.
6556 Arlington Avenue
Apartment 9-B
Riverside, CA 92504